**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:14-cr-307-T-17TGW | **DATE:** | July 31 2014 |
| **HONORABLE THOMAS B. McCOUN III** | | **INTERPRETER:** | Khadija Drhourhi (Sworn) |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAHMOUD ABDEL-GHANI MOHAMMAD ASSAF | | **LANGUAGE:** | Arabic |
| | | **GOVERNMENT COUNSEL**<br>Shauna Hale for Josie Thomas | |
| | | **DEFENSE COUNSEL**<br>David Plante | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 11:06-11:52 | **TOTAL:** | **COURTROOM:** | 12B |

**PROCEEDINGS: BOND/ARRAIGNMENT**

[X]   INDICTMENT/INFORMATION FILED AND COPIED TO DEFENDANT
[X]   DEFENDANT WAIVED READING OF INDICTMENT
[X]   NOT GUILTY PLEA ENTERED AS TO COUNTS      ALL
[X]   TRIAL SET FOR WEEKS OF    To be determined      before EAK
[X]   STATUS CONFERENCE SET    8/8/14 at 10:30 a.m.
[X]   GOVERNMENT TO PROVIDE RULE 16(a); DEFENDANT TO PROVIDE RULE 16(b)
[X]   REFERRED TO MAGISTRATE JUDGE   WILSON    FOR PRE-TRIAL DISCOVERY ORDER.
        (Copy of these minutes sent to magistrate judge CRD)
[X]   PRE-TRIAL DISCOVERY ORDER to be electronically filed


Court addresses motion for pretrial release (Doc. 28). Immigration still has a detainer against defendant. Has property in Jordan and approximately $70,000 in cash (provided govt does not seize) that he could use for bond. Also has cars that are being held that are worth about $200,000.

Government requests detention - no status in country. Weight of evidence is strong; dft fled from law enforcement and threw guns out of car which were recovered by LE. When interviewed by agents he advised he had access to $4 - $5 million and poses a significant risk of flight.

Court advises counsel it would require significant security to consider bond. Counsel will advise court if able to secure funds/property.