UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No. 8:14-cr-307-T-17TGW

MAHMOUD ABDEL-GHANI MOHAMMAD ASSAF

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States of America's
( DKT. 114)
Motion for a Preliminary Order of Forfeiture for the following:

a.     2 polymer rifle magazines, 42 rd, .223 caliber;

b.     1 polymer rifle magazine, 30 rd, .223 caliber;

c.     1 Ruger, model: p95, serial#: 313-52942;

d.     1 Jennings, model: 9, serial#: 1487012;

e.     1 Glock, model: 19, serial#: gn689;

f.     1 Jennings, model: 9, serial#: 1085462;

g.     1 Glock, model: 23, serial#: vsu702;

h.     2 Glock 19 magazines;

i.     2 Ruger magazines;

j.     2 Jennings 9 magazines;

k.     1 Glock, model: 19, serial#: gse292;

l.     1 Glock, model: 19, serial#: uvw768;

m.      1 Glock, model: 22, serial#: cyl450us;

n.      1 Glock model: 26, serial#: bzt282us;

o.      1 Glock, model: 27, serial#: nkm718;

p.      1 Beretta, model: px4 Storm, serial#: pz67057;

q.      1 Springfield, model: xd357, serial#: us329180;

r.      4 Glock 19 magazines;

s.      2 Glock 22 magazines;

t.      2 Glock 26 magazines;

u.      1 Glock 27 magazine;

v.      2 Beretta px4 magazines;

w.      2 Springfield xd magazines;

x.      A 2010 Ford Escape,   VIN:   1FMCU4K30AKD22297;

y.      A 2013 Lexus ES 300H,   VIN:   JTHBW1GG7D2016575;

z.      A 2014 Ford Fusion SE HEV, VIN:   3FA6P0L41ER188139;

aa.     A 2014 Ford Fusion SE HEV, VIN:   3FAD0LU9ER1525233;

bb.     A 2010 Ford Escape Hybrid, VIN:   1FMCU4K35AKB34925;

cc.     A 2009 Toyota Camry, VIN:   4T1BB46KX9U101406;

dd.     A 2009 Toyota Camry, VIN:   4T1BB46K39U093794;

ee.     A 2010 Toyota Camry, VIN:  4T1BB3EK2AU111525;

ff.     A 2010 Toyota Prius, VIN:  JTDKN3DU7A0016920;

gg.     A 2010 Toyota Prius, VIN:  JTDKN3DU3A0116593;

hh.     A 2011 Toyota Camry, VIN:  4T1BB3EK0BU143021; and

ii.     A 2013 Ford C-Max,  VIN:  1FADP5AU6DL502470.

Being fully advised of the relevant facts, the Court hereby finds that the assets identified were derived from the proceeds of the violations and/or were used or intended to be used in the violations to which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 22 U.S.C. § 401, 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

3

CASE NO. 8:14-CR-307-T-17TGW

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this _____26th_____ day of __MAY_____, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Holly L. Gershow, AUSA
Counsel of Record

4