UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:14-cr-307-T-17TGW

MAHMOUD ABDEL-GHANI MOHAMMAD ASSAF

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a

Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule

32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following assets:

A.     **Firearms and Ammunition:**

1.     Two polymer rifle magazines, 42 rd, .223 caliber;

2.     A polymer rifle magazine, 30 rd, .223 caliber;

3.     Ruger, model: p95, serial number: 313-52942;

4.     Jennings, model: 9, serial number: 1487012;

5.     Glock, model: 19, serial number: gn689;

6.     Jennings, model: 9, serial number: 1085462;

7.     Glock, model: 23, serial number: vsu702;

8.     Two Glock 19 magazines;

9.     Two Ruger magazines;

10.    Two Jennings 9 magazines;

11.    Glock, model: 19, serial number: gse292;

12. Glock, model: 19, serial number: uvw768;

13. Glock, model: 22, serial number: cyl450us;

14. Glock model: 26, serial number: bzt282us;

15. Glock, model: 27, serial number: nkm718;

16. Beretta, model: px4 Storm, serial number: pz67057;

17. Springfield, model: xd357, serial number: us329180;

18. Four Glock 19 magazines;

19. Two Glock 22 magazines;

20. Two Glock 26 magazines;

21. A Glock 27 magazine;

22. Two Beretta px4 magazines; and

23. Two Springfield xd magazines.

**B.    Vehicles:**

1.    2010 Ford Escape, VIN: 1FMCU4K30AKD22297;

2.    2013 Lexus ES 300H, VIN: JTHBW1GG7D2016575;

3.    2014 Ford Fusion SE HEV, VIN: 3FA6P0L41ER188139;

4.    2014 Ford Fusion SE HEV, VIN: 3FAD0LU9ER1525233;

5.    2010 Ford Escape Hybrid, VIN: 1FMCU4K35AKB34925;

6.    2009 Toyota Camry, VIN: 4T1BB46KX9U101406;

7.    2009 Toyota Camry, VIN: 4T1BB46K39U093794;

8.    2010 Toyota Camry, VIN: 4T1BB3EK2AU111525;

9.    2010 Toyota Prius, VIN: JTDKN3DU7A0016920;

10.    2010 Toyota Prius, VIN: JTDKN3DU3A0116593;

11.    2011 Toyota Camry, VIN: 4T1BB3EK0BU143021; and

12.    2013 Ford C-Max, VIN: 1FADP5AU6DL502470.

On May 26, 2015, the Court entered a Preliminary Order of Forfeiture for the firearms, ammunition, and vehicles described above, pursuant to 18 U.S.C. § 981(a)(1)(C), 22 U.S.C. § 401, and 28 U.S.C. § 2461(c).   Doc. 115.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from June 2, 2015 through July 1, 2015.   Doc. 122.   The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication.

The Court further finds that, in accordance with the requirements of 21 U.S.C. § 853(n), the United States sent notices of this forfeiture action, via certified United States mail and first class mail, to Assaf Auto Sales, the only party believed to have a potential interest in the assets.

No third party has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

3

CASE NO. 8:14-CR-307-T-17 TGW

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the firearms, ammunition, and vehicles identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the firearms, ammunition, and vehicles identified above are now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this ~~March 1~~ 8th day of March, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Holly L. Gershow, AUSA
Counsel of Record

4