UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:14-cr-307-T-17TGW

MAHMOUD ABDEL-GHANI MOHAMMAD ASSAF

## AMENDED FINAL JUDGMENT OF FORFEITURE

The United States moves under Rule 60 of the Federal Rules of Civil Procedure to amend the Final Judgment of Forfeiture to correct the clerical errors in the vehicle identification numbers (VIN) for the following assets:

1. 2014 Ford Fusion SE HEV, VIN: 3FA6P0LU1ER188139; and

2. 2014 Ford Fusion SE HEV, VIN: 3FA6P0LU9ER152523.

Being fully advised in the premises, the Court finds that the errors in the VIN are mere clerical errors, which the Court is authorized to correct under Fed. R. Civ. P. 60.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the vehicles identified above are CONDEMNED and FORFEITED to the

CASE NO. 8:14-CR-307-T-17TGW

United States for disposition according to law.

Clear title to the vehicles identified above are vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida this 4th day of April, 2019.

**ELIZABETH A. KOVACHEVICH**
**UNITED STATES DISTRICT JUDGE**

Copies to:
All parties and counsel of record

2